# Order

Michigan Supreme Court
**Lansing, Michigan**

June 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159448(40)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ZAID SAFDAR,
          Plaintiff-Appellee,

v

DONYA AZIZ,
          Defendant-Appellant.
_____/

SC: 159448
COA: 344030
Oakland CC: 2016-839363-DM

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for her reply is GRANTED. The 11-page reply submitted on June 12, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2019



Clerk